

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-13-00123-CV

Trial Court Cause
Number: 09-CV-0147

Style: In re Texas Windstorm Insurance Association

Date motion filed[*]: February 12, 2013

Type of motion: Motion to Stay

Party filing motion: Relator

Document to be filed: Response from real party in interest

Is appeal accelerated? ☐ YES ☐ NO

Ordered that motion is:

☐ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: The real parties in interest are requested to file any response to the motion to stay by February 14, 2013 at 1:00 p.m.

Judge's signature: /s/ Michael Massengale
          ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: February 12, 2013